IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BADGER DAYLIGHTING GULF COAST, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 10-0536-CG-M |
| | : | |
| CATERPILLAR, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court heard from counsel by telephone this date regarding the status of settlement negotiations. This action is tentatively set for a settlement conference on Thursday September 28, 2011, at 9:00 a.m.; however, Defendant will respond to Plaintiff's settlement demand **not later than Wednesday, July 20, 2011**, after which counsel will call the undersigned to further discuss the feasibility of a settlement conference.

DONE this 15th day of July, 2011.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE