IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BADGER DAYLIGHTING GULF COAST, L.L.C.,** | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 10-00536-CG-M ) |
| **CATERPILLAR, INC.,** | ) ) |
| Defendant. | ) |

## ORDER

Pursuant to a Settlement Conference held this date by Magistrate Judge Milling, the court has been notified that this action has settled, it is **ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE**. Any party may move for reinstatement within the next thirty (30) days should settlement not be consummated. Each party to bear its own costs.

**DONE and ORDERED** this 28th day of July, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE